1  RICHARD I. DREITZER
   Nevada Bar No. 6626
2  FOX ROTHSCHILD LLP
   3800 Howard Hughes Parkway, Suite 500
3  Las Vegas, Nevada  89169
   Telephone:  (702) 262-6899
4  Fax:         (702) 597-5503
   rdreitzer@foxrothschild.com
5  *Attorneys for Receivables Performance Management*

6              **UNITED STATES DISTRICT COURT**

7                  **DISTRICT OF NEVADA**

8
   LATOYA MOSLEY,                        **CASE NO: 2:10 cv-00981-ECR-RJJ**
9
                Plaintiff,
10
        v.
11
   RECEIVABLES PERFORMANCE              **SUBSTITUTION OF ATTORNEYS**
12 MANAGEMENT,

13           Defendants.

14
   TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:
15
       The law firm of FOX ROTHSCHILD hereby substitutes in the place and stead of
16
   BULLIVANT HOUSER BAILEY, PC as attorneys for record for Receivables Performance
17
   Management.
18
       DATED this 2nd day of May, 2011.
19
                          **FOX ROTHSCHILD, LLP**
20

21

22 By: _____
       RICHARD I. DREITZER
23     Nevada Bar No. 6626
       3800 Howard Hughes Parkway, Suite 500
24     Las Vegas, Nevada  89169

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada  89169

VG1 84296v1 05/03/11

Page 1 of 2

1      Defendant, Receivables Performance Management, hereby consents to the substitution of

2   the law firm of FOX ROTHSCHILD, LLP as its attorneys of record in the above-entitled action

3   in the place and stead of the law firm of BULLIVANT HOUSER BAILEY, PC.

4      DATED this ___ day of May, 2011.

5

6                          **RECEIVABLES PERFORMANCE**
                           **MANAGEMENT**

7

8

9   By: _____
        MICHAEL SOHNS

10      On behalf of Receivables Performance
        Management

11

12

13      The law firm BULLIVANT HOUSER BAILEY, PC, hereby consents to the substitution

14  of the law firm of FOX ROTHSCHILD, LLP as attorneys of record in the above-entitled action

15  on behalf of Defendant Receivables Performance Management.

16

17                         **BULLIVANT HOUSER BAILEY, PC**

18

19

20  By: _____
        ANDREW DOWNS, ESQ.

21      3883 Howard Hughes Pkwy., Ste 550
        Las Vegas, Nevada 89169

22

23

24

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada  89169

VG1 84296v1 05/04/11

1    Defendant, Receivables Performance Management, hereby consents to the substitution of

2  the law firm of FOX ROTHSCHILD, LLP as its attorneys of record in the above-entitled action

3  in the place and stead of the law firm of BULLIVANT HOUSER BAILEY, PC.

4    DATED this _____ day of May, 2011.

5

6                                    **RECEIVABLES PERFORMANCE**
                                    **MANAGEMENT**
7

8

9                                    By: _____
                                         MICHAEL SOHNS
10                                        On behalf of Receivables Performance
                                         Management
11

12

13
     The law firm BULLIVANT HOUSER BAILEY, PC, hereby consents to the substitution
14
   of the law firm of FOX ROTHSCHILD, LLP as attorneys of record in the above-entitled action
15
   on behalf of Defendant Receivables Performance Management.
16

17
                                     **BULLIVANT HOUSER BAILEY, PC**
18

19

20

21                                   By: _____
                                         ANDREW DOWNS, ESQ.
22  IT IS SO ORDERED.                    3883 Howard Hughes Pkwy., Ste 550
                                         Las Vegas, Nevada 89169
23  UNITED STATES MAGISTRATE JUDGE

24  DATE: MAY 11, 2011

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169     VG1 84296v1 05/04/11